UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 09-6858

IN RE:   REGINALD TYRONE BRYANT, SR.

     Debtor(s)     ADVERSARY PROCEEDING #:

---

REGINALD TYRONE BRYANT, SR.

    Plaintiff(s),

vs.

FLORIDA TELCO CREDIT UNION,

    Defendant(s)

---

## **COMPLAINT TO AVOID LIEN AND FOR DECLARATORY JUDGMENT**

Plaintiff sues defendant pursuant to Bankruptcy Rule 7001, and alleges as follows:

1. This is an action seeking to avoid a lien, and for declaratory judgment.

2. The court has jurisdiction over this action and the parties by virtue of 28 USC §§157 and 1334, and this is a core matter.

3. Defendant holds a mortgage on plaintiff's real property in Duval County, Florida.

4. **FLORIDA TELCO CREDIT UNION** holds a mortgage on the same real property, and this mortgage is superior to the mortgage of defendant.

5. The fair market value of the subject real property is less than the total amount of debt secured by the FLORIDA TELCO CREDIT UNION mortgage and, accordingly, there is no equity in the property which is secured by defendant's mortgage.

WHEREFORE, plaintiff prays the court avoid the lien of defendant's mortgage, and declare it to be void and of no force or effect.

D. C. HIGGINBOTHAM, ESQUIRE

_____
925 Forest Street
Jacksonville, Fl 32204
Phone:     (904) 354-6604
FAX:       (904) 354-6606
Florida Bar # 167121
Attorney for Plaintiff/Debtor